**GOTTLIEB & ASSOCIATES PLLC**
**ATTORNEYS**

150 E. 18 St., Suite PHR, New York, NY 10003
212 228-9795    www.gottlieblaw.net

December 11, 2024

**VIA ECF**
The Honorable Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007



Re:   *Knowles v. Ecommerce World LLC*
      Case No.: 1:24-cv-6262

Dear Judge Failla,

The undersigned represents Carlton Knowles, on behalf of himself and all other persons similarly situated ("Plaintiff") in the above referenced matter against Defendant, Ecommerce World LLC, ("Defendant"). The undersigned respectfully requests that the Initial Conference scheduled for December 20, 2024, at 2:30 PM (Dkt. 6) be adjourned for 60 days because Counsel for Defendant has not yet answered or appeared in this action. The Plaintiff also requests a 30 day extension of time for the Defendant to Answer the Complaint which is currently past due. This request will grant ample time for the Defendant to retain counsel and for Defendant's Counsel to appear and discuss a possible resolution with Plaintiff's Counsel. This is the Plaintiff's first request for an adjournment.

Respectfully submitted,

GOTTLIEB & ASSOCIATES PLLC

*/s/Michael A. LaBollita, Esq.*
Michael A. LaBollita, Esq.

Application GRANTED.  The conference scheduled for December 20, 2024, is ADJOURNED to **February 19, 2025, at 10:00 a.m.**

As before, the conference will be telephonic.  The dial-in information is as follows:  On **February 19, 2025, at 10:00 a.m.,** the parties shall call (855) 244-8681 and enter access code 2315 780 7370.

The time for Defendant Ecommerce World LLC to answer is extended to on or before **January 11, 2025.**

The Clerk of Court is directed to terminate the pending motion at docket entry 8.

Dated:    December 12, 2024          SO ORDERED.
          New York, New York

                                     HON. KATHERINE POLK FAILLA
                                     UNITED STATES DISTRICT JUDGE